■ MARTHA M. WILKO, Appellant, v EDWARD J. WILKO, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Kohn, J.), dated September 11, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kohn in the Supreme Court. Brown, J. P., Eiber, Rosenblatt and Ritter, JJ., concur.